1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  CARRIE S. LEONETTI, Maryland Bar
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  GLORIA CASTANEDA-ROSAS

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )    NO. 1:06-cr-222 OWW
                                    )
12              Plaintiff,          )    STIPULATION TO CONTINUE STATUS
                                    )    CONFERENCE HEARING; AND ORDER
13        v.                        )    THEREON
                                    )
14 GLORIA CASTANEDA-ROSAS,          )    Date:   November 21, 2006
                                    )    Time:  9:00 a.m.
15              Defendant.          )    Judge: Oliver W. Wanger
                                    )
16 _____  )

17        IT IS HEREBY STIPULATED by and between the parties hereto, and through  their respective

18 attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled

19 for October 31, 2006,  may be continued to **November 21, 2006 at 9:00 a.m.**

20        The continuance sought is at the request of defense counsel because of on-going investigation.

21        The parties agree that the delay resulting from the continuance shall be excluded in the interests of

22 justice, including but not limited to, the need for the period of time set forth herein for further defense

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1    preparation pursuant to 18 U.S.C. §3161(h)(8)(A).

2         DATED:  October 25, 2006              McGREGOR W. SCOTT
                                                United States Attorney
3

4
                                                /s/ Steven M.  Crass
5                                               STEVEN M. CRASS
                                                Assistant U.S. Attorney
6                                               Attorney for Plaintiff

7

8         DATED:  October 25, 2006              DANIEL J. BRODERICK
                                                Federal Defender
9

10

11                                              /s/ Carrie S. Leonetti
                                                CARRIE S. LEONETTI
12                                              Assistant Federal Defender
                                                Attorney for Defendant
13

14

15                             **O R D E R**

16

17   IT IS SO ORDERED.

18   **Dated:    October 26, 2006**                  **/s/ Oliver W. Wanger**
     emm0d6                                      UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

27

28

Stipulation to Continue Status Conference Hearing        −2−