```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  CARRIE S. LEONETTI, Maryland Bar
    Assistant Federal Defender
 3  Designated Counsel for Service
    2300 Tulare Street, Suite 330
 4  Fresno, California  93721-2226
    Telephone: (559) 487-5561
 5
    Attorney for Defendant
 6  GLORIA CASTANEDA-ROSAS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:06-cr-222 OWW |
|---|---|---|
| Plaintiff, | ) | *(AMENDED)* |
|  | ) | STIPULATION TO CONTINUE STATUS |
| v. | ) | CONFERENCE HEARING; AND ORDER |
|  | ) | THEREON |
| GLORIA CASTANEDA-ROSAS, | ) |  |
|  | ) | Date : **January 2, 2007 |
| Defendant. | ) | Time: 9:00 a.m. |
|  | ) | Judge: Oliver W. Wanger |
| _____ | ) |  |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for November 21, 2006, may be continued to **January 2, 2007 at 9:00 a.m.**

The continuance sought is at the request of defense counsel because of on-going investigation.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense

///
///
///
///
///
///

1 | preparation pursuant to 18 U.S.C. §3161(h)(8)(A).

2 | DATED:  November 16, 2006                McGREGOR W. SCOTT
United States Attorney

/s/ Steven M. Crass
STEVEN M. CRASS
Assistant U.S. Attorney
Attorney for Plaintiff

DATED:  November 16, 2006                DANIEL J. BRODERICK
Federal Defender

/s/ Carrie S. Leonetti
CARRIE S. LEONETTI
Assistant Federal Defender
Attorney for Defendant

**O R D E R**

IT IS SO ORDERED.

**Dated:   November 21, 2006**              **/s/ Oliver W. Wanger**
emm0d6                                       UNITED STATES DISTRICT JUDGE

Amended Stipulation to Continue Status Conference Hearing  - 2 -