1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  CARRIE S. LEONETTI, Maryland Bar
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  GLORIA CASTANEDA-ROSAS

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           )   NO. 1:06-cr-222 OWW
                                       )
12          Plaintiff,                 )
                                       )   STIPULATION TO CONTINUE STATUS
13     v.                              )   CONFERENCE HEARING; AND ORDER
                                       )   THEREON
14 GLORIA CASTANEDA-ROSAS,             )
                                       )   Date : January 16, 2007
15          Defendant.                 )   Time: 9:00 a.m.
                                       )   Judge: Oliver W. Wanger
16 _____     )

17     IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective

18 attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled

19 for January 2, 2007, may be continued to **January 16, 2007 at 9:00 a.m.**

20     The continuance sought is at the request of defense counsel because of on-going investigation.

21     The parties agree that the delay resulting from the continuance shall be excluded in the interests of

22 justice, including but not limited to, the need for the period of time set forth herein for further defense

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

preparation pursuant to 18 U.S.C. §3161(h)(8)(A).

DATED:  December 19, 2006          McGREGOR W. SCOTT
                                   United States Attorney


                                   /s/ Steven M.  Crass
                                   STEVEN M. CRASS
                                   Assistant U.S. Attorney
                                   Attorney for Plaintiff


DATED: December 19, 2006           DANIEL J. BRODERICK
                                   Federal Defender


                                   /s/ Carrie S. Leonetti
                                   CARRIE S. LEONETTI
                                   Assistant Federal Defender
                                   Attorney for Defendant


**O R D E R**

IT IS SO ORDERED.

**Dated:   December 20, 2006**          **/s/ Oliver W. Wanger**
emm0d6                                  UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference Hearing        −2−