DANIEL J. BRODERICK, #89424
Federal Defender
CARRIE S. LEONETTI, Maryland Bar
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
GLORIA CASTANEDA-ROSAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>GLORIA CASTANEDA-ROSAS,<br><br>  Defendant. | NO. 1:06-cr-222 LJO<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON<br><br>Date : June 13, 2007<br>Time: 9:00 a.m.<br>Judge: Judge Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for May 4, 2007, may be continued to **June 13, 2007 at 9:00 a.m.**

The continuance sought is at the request of defense counsel because of an on-going and substantial investigation into the possibility that Ms. Castaneda-Rosas is a U.S. citizen. At present, the defense is waiting for documents from the Social Security Administration and a third-party in Southern California, the receipt of which will enable Ms. Castaneda-Rosas to file an application for a certificate of citizenship with the United States Citizenship and Immigration Services.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense

///

///

1  preparation pursuant to 18 U.S.C. §3161(h)(8)(A).

2  DATED:  May 2, 2007                McGREGOR W. SCOTT
                                      United States Attorney

                                      /s/ Virna L .Santos
                                      VIRNA L. SANTOS
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff


   DATED: May 2, 2007                 DANIEL J. BRODERICK
                                      Federal Defender


                                      /s/ Carrie S. Leonetti
                                      CARRIE S. LEONETTI
                                      Assistant Federal Defender
                                      Attorney for Defendant


THE COURT DETERMINES THAT THE BASIS FOUND IN THE REQUEST CONSTITUTES GOOD CAUSE FOR THE CONTINUANCE AND THE EXCLUSION OF TIME.  AT THE NEXT HEARING, HOWEVER, DUE TO THE AGE OF THE CASE AND THE NUMBER OF CONTINUANCES, THE COURT WILL EITHER ACCEPT A CHANGE OF PLEA OF SET THE MATTER FOR TRIAL.

IT IS SO ORDERED.

**Dated:   May 2, 2007**                /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference Hearing        -2-