DANIEL J. BRODERICK, #89424
Federal Defender
CARRIE S. LEONETTI, Maryland Bar
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
GLORIA CASTANEDA-ROSAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GLORIA CASTANEDA-ROSAS,<br><br>　　　　　Defendant. | NO. 1:06-CR-222 LJO<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND PROPOSED ORDER THEREON<br><br>Date : August 24, 2007<br>Time: 9:00 a.m.<br>Judge: Lawrence J. O'Neill |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for June 15, 2007, may be continued to **August 24, 2007 at 9:00 a.m.**

　　　　The continuance sought is at the request of defense counsel for the following reason: Defendant is still awaiting receipt of detailed earnings statement requested from Social Security Administration in April, 2007. Once the detailed earnings statement is received, defendant will require additional time to draft the N600 request for certificate of citizenship and have it adjudicated by U.S. Citizenship and Immigration Services.

　　　　The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense

///

///

///

preparation pursuant to 18 U.S.C. §3161(h)(8)(A).

DATED:  June 11, 2007          McGREGOR W. SCOTT
                               United States Attorney


                               /s/ Virna L .Santos
                               VIRNA L. SANTOS
                               Assistant U.S. Attorney
                               Attorney for Plaintiff



DATED: June 11, 2007           DANIEL J. BRODERICK
                               Federal Defender


                               /s/ Carrie S. Leonetti
                               CARRIE S. LEONETTI
                               Assistant Federal Defender
                               Attorney for Defendant


## O R D E R

BASED ON THE REASONS STATED IN THE STIPULATION, THE REQUEST FOR THE CONTINUANCE AND THE REQUEST TO EXCLUDE TIME ARE GRANTED BASED ON GOOD CAUSE.
SHOULD DEFENSE COUNSEL NEED THE ASSISTANCE OF THE COURT TO OBTAIN THE DOCUMENTS NEEDED TO PREVENT FURTHER DELAY OF THIS CASE, PLEASE ADVISE THIS COURT.
THE MATTER IS CONTINUED TO AUGUST 24, 2007 AT 9 A.M.

IT IS SO ORDERED.

**Dated:   June 11, 2007**              /s/ Lawrence J. O'Neill

Stipulation to Continue Status Conference Hearing        −2−

1                              UNITED STATES DISTRICT JUDGE
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28