DANIEL J. BRODERICK, #89424
Federal Defender
CARRIE S. LEONETTI, Maryland Bar
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
GLORIA CASTANEDA-ROSAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GLORIA CASTANEDA-ROSAS,<br><br>　　　　　Defendant. | NO. 1:06-cr-222 LJO<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON<br><br>Date : December 21, 2007<br>Time: 9:00 a.m.<br>Judge: Lawrence J. O'Neill |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for November 30, 2007, may be continued to **December 21, 2007 at 9:00 a.m.**

　　　　The continuance sought is because Ms. Castaneda-Rosas is to be interviewed by the CIS on Friday, November 30, 2007 at 9:00 a.m.

　　　　The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense

///

///

///

///

///

1  preparation pursuant to 18 U.S.C. §§3161(h)(8)(A) and 3161(h)(8)(B)(iv).

2  DATED:  November 28, 2007          McGREGOR W. SCOTT
                                      United States Attorney

3

4
                                      /s/ Ian Garriques
5                                     IAN GARRIQUES
                                      Assistant U.S. Attorney
6                                     Attorney for Plaintiff

7

8
   DATED: November 28, 2007           DANIEL J. BRODERICK
9                                     Federal Defender

10

11                                    /s/ Carrie S. Leonetti
                                      CARRIE S. LEONETTI
12                                    Assistant Federal Defender
                                      Attorney for Defendant
13

14

15                                 **O R D E R**

16

17

18  IT IS SO ORDERED.

19  **Dated:   November 29, 2007**          **/s/ Lawrence J. O'Neill**
                                            UNITED STATES DISTRICT JUDGE
20

21

22

23

24

25

26

27

28

Stipulation to Continue Status Conference Hearing        −2−