FILED

JAN 2 5 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. 1:06-CR-222 |
| ) | |
| vs. ) | ORDER OF RELEASE |
| ) | |
| GLORIA DEL CARMEN ) | |
| CASTANEDA-ROSAS ) | |
| ) | |
| Defendant. ) | |

The above named defendant having been sentenced on January 25, 2008 to a period of less than time already served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow. This Order in no way addresses any potential or existing Immigration or Deportation issues.

DATED: Jan 25, 2008.             _____
                                  HONORABLE LAWRENCE J. O'NEILL
                                  U.S. DISTRICT JUDGE

12/6/06 ordrelease.form

1